# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PROSPECT ECHN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> WINTHROP RESOURCES CORPORATION, <br><br> Defendant. | Civ. No. 19-cv-00586 (SRN/ECW) <br><br> **ORDER REGARDING AMOUNT AND FORM OF SUPERSEDEAS BOND AND ORDER FOR STAY OF PROCEEDINGS TO ENFORCE THE JUDGMENT** |

David Dugan, Robert L. Hornby, and Frank Peretore, Chiesa Shahinian & Giantomasi PC, 1 Boland Drive, West Orange, NJ 07052, Eric J. Magnuson, Robins Kaplan LLP, 800 Lasalle Ave, 2800 Lasalle Plaza, Minneapolis, MN 55402, Joshua A. Hasko, Messerli & Kramer PA, 100 South Fifth Street, Suite 1400, Minneapolis, MN 55402, and Molly R. Hamilton Cawley, MHC Law, LLC, 460 King Street, Suite 200, Charleston, SC 29403 for Plaintiff.

Geoffrey L. Harrison and Glenn Charles Bridgman, Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, TX 77002, Matthew R. McBride and Quin C. Seiler, Winthrop & Weinstine, PA, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629 for Defendant.

This matter is before the Court upon the parties' filing of a Stipulation Regarding Amount and Form of Supersedeas Bond and Order for Stay of Proceedings to Enforce the Judgment (the "Stipulation") [Docket No. 171].

Based upon the Stipulation, **IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure and Rule 8 of the Federal Rules of Appellate Procedure, the Court approves of a Supersedeas Bond in the amount of $5,600,000.00; and

2. The Court approves of the form of Supersedeas Bond attached as Exhibit A to the Stipulation; and

3. The Bond, once filed, will stay all proceedings in this matter to enforce the Judgment entered on October 4, 2021 [Docket No. 140], and any additional judgment that may be entered for fees and costs, pending the final determination of Prospect ECHN, Inc.'s appeal of the Judgment or further Order of this Court.

Dated: May 4, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge