UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **PROSPECT ECHN, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **WINTHROP RESOURCES CORPORATION**, <br><br> Defendant. | Court File: 19-CV-586 (SRN/ECW) <br><br> **ORDER RELEASING BOND** |

Eric J. Magnuson, ROBINS KAPLAN LLP, 800 LaSalle Avenue, 2800 LaSalle Plaza, Minneapolis, MN 55402, Joshua A. Hasko, Molly Hamilton Cawley, MESSERLI KRAMER PA, 1400 Fifth Street Towers, 100 South Fifth Street, Minneapolis, MN 55402, and Frank Peretore, David M. Dugan, Brigitte M. Gladis, Robert Hornby, CHIESA SHAHINIAN & GIANTOMASI PC, 105 Eisenhower Parkway, Roseland, NJ 07068, for Plaintiff, Prospect ECHN, Inc.

Thomas Boyd, Matthew R. McBride, Quin C. Seiler, WINTHROP & WEINSTINE, 225 South 6th Street, Suite 3500, Minneapolis, MN 55402, and Geoffrey L. Harrison, Glenn Bridgman, SUSMAN GODFREY LLP, 1000 Louisiana Street, Suite 5100, Houston, TX 77002, for Defendant, Winthrop Resources Corporation.

_____

This matter is before the Court on the Stipulation for Order Discharging Supersedeas Bond filed by the parties on December 7, 2023 (Docket No. 181).

Based on the foregoing, and the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Supersedeas Bond issued by Liberty Mutual Insurance Company bearing number 674218191 is hereby fully and unconditionally discharged, released, and exonerated, and Liberty Mutual Insurance Company, the surety thereon, is hereby

released from any and all past, present, and future liability arising under or in connection with the issuance of the Supersedeas Bond. The Clerk of Court is hereby directed to release the Supersedeas Bond number 674218191 filed with this Court for return to Liberty Mutual Insurance Company.

Dated: Thursday, December 7, 2023         *s/ Susan Richard Nelson*
                                          Susan Richard Nelson
                                          United States District Judge